Donald W. Reid – SBN 281743
LAW OFFICE OF DONALD W. REID
PO Box 2227
Fallbrook, CA 92088
(951) 777-2460
don@donreidlaw.com

Counsel for Appellant
Law Office of Donald W. Reid

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>LEV INVESTMENTS, LLC,<br><br>Debtor. | DC Case No. 2:22-cv-07706-MEMF<br><br>BK Case No. 1:20-bk-11006-VK<br><br>Chapter 11<br><br>**STIPULATION TO DISMISS APPEAL PURSUANT TO RULE 8023** |
| LAW OFFICE OF DONALD W. REID,<br><br>Appellant,<br><br>v.<br><br>LEV INVESTMENTS, LLC,<br><br>Appellee. | |

Appellant Law Office of Donald W. Reid ("Appellant") and appellee Lev Investments, LLC ("Appellee") hereby stipulate to dismissal of this Appeal with prejudice, with each party to bear their own costs:

Dated: May 25, 2023

LAW OFFICE OF DONALD W. REID

By: /s/Donald W. Reid
Donald W. Reid, Counsel for Appellant

Dated: May 25, 2023

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK, LLP

By:______________________________

David B. Golubchik, Counsel for Appellee